60 F.3d 816
 Bruce Marks, Kathy Steck, on Behalf of Voters of Second
District Emanuel Lorenzo, Lydia Colon, Lillian Cruz, Diana
Irizarry, Ruth Martinez, Zoraida Rodriguez, Yesenia Vasquez,
Republican State Committee
v.
William Stinson, William Stinson Campaign, Philadelphia
County Board of Elections, Margaret M. Tartaglione, John F.
Kane, Alexander Z. Talmadge, Jr., various Doe, Roe
Defendants, Ira Dougherty, Daniel J. Sears, Josephine
Martin, Mary Martin, Joseph J. Jordan, Anne Jordan,
 NOS. 95-1167, 94-1545, 94-1584, 94-1795, 94-1796, 94-1846,
94-1847, 94-1824
 United States Court of Appeals,
Third Circuit.
 May 17, 1995
 Appeal From: E.D.Pa., No. 93-cv-06157
 
 1
 AFFIRMED IN PART, REVERSED IN PART.